JUDGE ROBINSON

HOWARD W. BURNS, JR. (HWB 6529)
170 Broadway, Suite 609
New York, New York 10038
Tel. No.: (212) 227-4450

08 CIV 4757

Attorney for Defendant
  InterContinental Hotels Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

MARY PAMELA BROKATE,                :    08 Civ.

        Plaintiff,          :

   - against -                      :    RULE 7.1 DISCLOSURE
                                         STATEMENT OF
                                    :    INTERCONTINENTAL
INTER-CONTINENTAL HOTELS                 HOTELS CORPORATION
CORPORATION, CROWNE PLAZA HOTELS    :
& RESORTS, and CROWNE PLAZA WHITE
PLAINS HOTEL,                       :

        Defendants.         :

- - - - - - - - - - - - - - - - - - x

S I R S :

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant InterContinental Hotels Corporation (a private non-governmental party) certifies that the following are all of the corporate parents, affiliates and/or subsidiaries of said party which are publically held:

      Defendant InterContinental Hotels Corporation is a
      wholly-owned subsidiary of InterContinental Hotels
      Group PLC, a publicly-held corporation listed on the

London Stock Exchange with its ADR's traded on the New York Stock Exchange.

Dated: New York, New York
       May 20, 2008

> **HOWARD W. BURNS, JR. (HWB 6529)**
> Attorney for Defendant
> InterContinental Hotels Corporation
>
> *[signature]*
>
> Howard W. Burns, Jr. (HWB 6529)
>
> 170 Broadway - Suite 609
> New York, New York 10038
> Tel. No.: (212) 227-4450

TO:  **CLERK, UNITED STATES DISTRICT COURT**
     Southern District of New York
     500 Pearl Street
     New York, New York 10007

   **KEEGAN, KEEGAN, KEEGAN & STRUTT, LLP**
   Attorneys for Plaintiff
   81 Main Street
   White Plains, New York 10601
   Tel. No.: (914) 683-1100

## CERTIFICATE OF SERVICE

I am a member of the Bar of this Court and the attorney in this action for defendant InterContinental Hotels Corporation.

I hereby certify that on May 21, 2008, a true copy of the within document was served on the below listed attorneys for plaintiff by enclosing said copy in a post-paid, properly addressed wrapper and by depositing same in an official depository under the exclusive care and custody of the United States Postal Service in New York State, addressed as follows:

KEEGAN, KEEGAN, KEEGAN & STRUTT, LLP
81 Main Street
White Plains, New York 10601

Dated: New York, New York
       May 21, 2008

_____
HOWARD W. BURNS, JR. (HWB 6529)