# KEEGAN, KEEGAN, KEEGAN & STRUTT, LLP

Attorneys at Law
Suite 203
81 Main Street
White Plains, New York 10601
(914) 683-1100
Fax (914) 683-7363

RAYMOND J. KEEGAN*°  
JOHN W. KEEGAN, JR.  
JEFFREY J. KEEGAN**  
BARRY R. STRUTT**

*ALSO ADMITTED IN CONNECTICUT  
**ALSO ADMITTED IN MICHIGAN  
°FELLOW AMERICAN COLLEGE OF TRIAL LAWYERS

JOHN W. KEEGAN, SR.°  
(1930-2006)  
www.keegan-law.com

June 25, 2008

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    Mary Pamela Brokate
                 v.
            Inter-continental Hotels Corporation, et al.

            Case No.    08 CV 4757 (SCR)
                          ECF

Dear Judge Robinson:

     Pursuant to a phone call to Chambers on June 25, 2008, I am writing to request permission to file a first amended summons and complaint in the above-captioned action, and to request a new date for the parties to submit a proposed scheduling order.

     This slip and fall diversity case was removed to federal court on or about May 20, 2008. In preparing the Court's proposed scheduling order which is due on Monday June 30, 2008, counsel for defendant InterContinental Hotels Corporation ("IHC") pointed out that plaintiff did not have the owner or the manager of the hotel before the Court, and further noted that he had provided those names to plaintiff in its ECF Answer.

KEEGAN, KEEGAN, KEEGAN & STRUTT, LLP
Attorneys at Law

    I have conferred with defense counsel and he does not object to our filing a first amended summons and complaint. With the Court's permission then, plaintiff would ask for 60 days to file the amended summons and complaint, and further ask the Court to provide new dates for the Proposed Scheduling Order and the Initial Case Management Conference.

    I thank the Court for its time and attention in this matter.

Very truly yours,

BARRY R. STRUTT

C: Howard W. Burns, Jr.

BRS:jk

*The Amended Summons and Complaint must be filed by September 1, 2008. The parties must submit a proposed Scheduling order by September 1, 2008. The initial conference in this matter is scheduled for September 26, 2008 at 10:00am*

APPLICATION GRANTED

HON. STEPHEN C. ROBINSON
7/1/08