## AFFIDAVIT OF SERVICE

State of New York

                              ss:

County of Westchester

      Jocelyn Keegan being duly sworn, deposes and says:

      That deponent is not a party to the action, is over 18 years of age and resides at White Plains, New York. That on August 1, 2008, deponent served a true copy of the annexed Amended Summons and Amended Complaint by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:

HOWARD W. BURNS, JR., ESQ.
Attorney for Defendant Inter-Continental Hotels Corporation ("IHC")
1 Oak Wood Court
Cedar, NJ 07009

Accepting service for Defendant International Hotels Corporation, HPT TRS IGH, INC and IHG MANAGEMENT (MARYLAND), LLC

HPT TRS IGH, INC.
7 St. Paul Street, Suite 1660
Baltimore, MD 21202

IHG MANAGEMENT (MARYLAND), LLC
c/o Starybridge Suites Columbia Baltimore
8844 Columbia 100 Parkway
Columbia, MD 21045

                                                              JOCELYN KEEGAN

Sworn to before me on 14th day of August 2008

_____
Notary Public

BARRY R STRUTT
Notary Public, State of New York
No. 4972621
Qualified in Westchester County
Commission Expires Oct 1, 2010