***HOWARD W. BURNS, JR.*** *(HWB 6529)*
*170 Broadway, Suite 609*
*New York, New York 10038*
*Tel. No.: (212) 227-4450*

***Attorney for Defendant***
  ***HPT TRS IHG-2, Inc.***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MARY PAMELA BROKATE, | : | 08 Civ. 4757 (SCR) |
| Plaintiff, | : | |
| | | **ECF CASE** |
| - against - | : | |
| INTER-CONTINENTAL HOTELS CORPORATION, HPT TRS IHG-2, INC. and IHG MANAGEMENT (Maryland) LLC, | : : : | **RULE 7.1 DISCLOSURE STATEMENT OF HPT TRS IHG-2, INC.** |
| | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - X

***S I R S :***

   *Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant HPT TRS IHG-2, Inc. (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries that are publically held.*

*Dated: New York, New York*
*August 25, 2008*

**HOWARD W. BURNS, JR. (HWB 6529)**
*Attorney for Defendant*
*Inter-Continental Hotels Corporation*

*s/Howard W. Burns, Jr.*
*Howard W. Burns, Jr. (HWB 6529)*

*170 Broadway - Suite 609*
*New York, New York 10038*
*Tel. No.: (212) 227-4450*

*TO:* **CLERK, UNITED STATES DISTRICT COURT**
*Southern District of New York*
*500 Pearl Street*
*New York, New York 10007*

**KEEGAN, KEEGAN, KEEGAN & STRUTT, LLP**
*Attorneys for Plaintiff*
*81 Main Street*
*White Plains, New York 10601*
*Tel. No.: (914) 683-1100*