*HOWARD W. BURNS, JR. (HWB 6529)*
*170 Broadway, Suite 609*
*New York, New York 10038*
*Tel. No.: (212) 227-4450*

*Attorney for Defendant*
 *IHG Management (Maryland), LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MARY PAMELA BROKATE, | : | 08 Civ. 4757 (SCR) |
| Plaintiff, | : | |
| | | **ECF CASE** |
| - against - | : | |
| INTER-CONTINENTAL HOTELS CORPORATION, HPT TRS IHG-2, INC. and IHG MANAGEMENT (Maryland) LLC, | : : : | **RULE 7.1 DISCLOSURE STATEMENT OF IHG MANAGEMENT (MARYLAND) LLC** |
| | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - X

*S I R S :*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant IHG Management (Maryland), LLC (a private non-governmental party) certifies that the following are all of the corporate parents, affiliates and/or subsidiaries of said party which are publically held:

Defendant IHG Management (Maryland), LLC is a wholly-owned subsidiary of InterContinental Hotels Group PLC,

*a publicly-held corporation listed on the London Stock Exchange with its ADR's traded on the New York Stock Exchange.*

*Dated: New York, New York*
*August 25, 2008*

**HOWARD W. BURNS, JR. (HWB 6529)**
*Attorney for Defendant*
*Inter-Continental Hotels Corporation*

*  s/Howard W.  Burns, Jr.*
*Howard W. Burns, Jr. (HWB 6529)*

*170 Broadway - Suite 609*
*New York, New York 10038*
*Tel. No.: (212) 227-4450*

**TO:** **CLERK, UNITED STATES DISTRICT COURT**
*Southern District of New York*
*500 Pearl Street*
*New York, New York 10007*

**KEEGAN, KEEGAN, KEEGAN & STRUTT, LLP**
*Attorneys for Plaintiff*
*81 Main Street*
*White Plains, New York 10601*
*Tel. No.: (914) 683-1100*